# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TEXAS EQUUSEARCH MOUNTED      )
SEARCH AND RECOVERY TEAM,     )
RPSEARCH SERVICES INC., and   )
EUGENE ROBINSON,              )
                              )
                              )   Case No. 14-1061
             Petitioners      )
                              )
        v.                    )
                              )
FEDERAL AVIATION              )
ADMINISTRATION,               )
                              )
             Respondent       )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## STATEMENT OF ISSUES

Pursuant to the Court's Order of April 21, 2014, Petitioners Texas EquuSearch Mounted Search and Recovery Team ("Texas EquuSearch"), RPSearch Services Inc., and Eugene Robinson (together, "Petitioners") expect the following issues to be raised in the above-captioned matter:

1. Whether the Federal Aviation Administration ("FAA") may prohibit the operation of model aircraft by a non-profit organization or its volunteers for the purpose of unpaid, volunteer search and rescue activities intended to help find missing people.

2. Whether the FAA's policy statement issued in 2007 imposing new restrictions upon the operation of model aircraft is (i) a non-binding policy statement, (ii) a new rule that is void for failure to engage in the rulemaking process required by 5 U.S.C. § 553; or (iii) a change in agency interpretation requiring notice and comment rulemaking under *Alaska Professional Hunters Ass'n, Inc. v. FAA*, 177 F.3d 1030 (D.C. Cir. 1999), and progeny.

3. Whether the FAA fails to provide a rational basis for its policy of allowing the operation of model aircraft by hobbyists for recreational purposes while disallowing the operation of model aircraft by volunteers for search and rescue purposes.

4. Whether the FAA has statutory jurisdiction to regulate activities that are conducted outside of "navigable airspace" as that term is defined in 49 U.S.C. § 40102(32) and prescribed in 14 C.F.R. § 91.119.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Brendan M. Schulman
Brendan M. Schulman
Selina M. Ellis

1177 Avenue of the Americas
New York, NY  10036
Tel: (212) 715-9100
Fax: (212) 715-8220
bschulman@kramerlevin.com
sellis@kramerlevin.com

*Attorneys for Petitioners*

Date: May 21, 2014

- 3 -

KL3 2973639.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, the foregoing document was served on the following party or counsel of record electronically through the United States Court of Appeals for the D.C. Circuit's CM/ECF system:

>Abby C. Wright
>Michael S. Raab
>U.S. Department of Justice
>950 Pennsylvania Avenue NW
>Washington, D.C. 20530

>/s Brendan M. Schulman

>Brendan M. Schulman
>*Counsel for Petitioners*