UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| TEXAS EQUUSEARCH MOUNTED SEARCH AND RECOVERY TEAM, RPSEARCH SERVICES INC., and EUGENE ROBINSON,<br><br>        Petitioners<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>        Respondent | Case No. 14-1061 |

---

**STATEMENT REGARDING USE OF A DEFERRED APPENDIX**

Pursuant to the Court's Order of April 21, 2014, Petitioners Texas EquuSearch Mounted Search and Recovery Team ("Texas EquuSearch"), RPSearch Services Inc., and Eugene Robinson (together, "Petitioners") state that they do not intend to utilize a Deferred Appendix in this proceeding.

Respectfully submitted,

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

/s/ Brendan M. Schulman
Brendan M. Schulman
Selina M. Ellis

1177 Avenue of the Americas
New York, NY 10036

                                        Tel: (212) 715-9100
                                        Fax: (212) 715-8220
                                        bschulman@kramerlevin.com
                                        sellis@kramerlevin.com

                                        *Attorneys for Petitioners*

Date: May 21, 2014

KL3 2973753.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, the foregoing document was served on the following party or counsel of record electronically through the United States Court of Appeals for the D.C. Circuit's CM/ECF system:

>Abby C. Wright
>Michael S. Raab
>U.S. Department of Justice
>950 Pennsylvania Avenue NW
>Washington, D.C. 20530


>/s Brendan M. Schulman
>
>Brendan M. Schulman
>*Counsel for Petitioners*